**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaias GONZALEZ–ANGEL,**
**Defendant–Appellant.**

**No. 11–10199.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.[*]

Filed April 19, 2012.

Randall M. Howe, Esquire, Assistant U.S., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Isaias Gonzalez–Angel, Taft, CA, pro se.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM [**]

Isaias Gonzalez–Angel appeals from his guilty-plea conviction and 63–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez–Angel's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Gonzalez–Angel has

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.